**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X

| | |
|---|---|
| **JERICHO GROUP, LTD.,** | : |
| **Plaintiff,** | : |
| | : No. 07-CV-1792 (RCC) (DCF) |
| - against - | : |
| | : ECF CASE |
| **MIDTOWN DEVELOPMENT, L.P., EDWARD IMPERATORE and MAURICE STONE,** | : |
| **Defendants.** | : |

------------------------------------------------------------------X

## RULE 7.1(a) DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendants state that no defendant is a corporation.

Dated: New York, New York
       March 1, 2007

                                        Respectfully submitted,

                                        JONES DAY
                                        222 East 41st Street
                                        New York, New York  10017
                                        Telephone:  (212) 326-3939

                                        By:    / s / Todd R. Geremia
                                              Fredrick E. Sherman (FS 5442)
                                              Todd R. Geremia (TG 4454)

                                                        —and—

PHILLIPS NIZER LLP
Alfred D. Lerner (AL 5927)
George Berger (GB 8924)
666 Fifth Avenue
New York, New York  10103-0084
Telephone:  (212) 977-9700

Attorneys for Defendants,
Midtown Development, L.P., Edward
Imperatore, and Maurice Stone

**CERTIFICATE OF SERVICE**

I certify that on March 1, 2007, I caused the foregoing RULE 7.1(a) DISCLOSURE STATEMENT to be served by First Class U.S. mail to the following counsel for plaintiff:

>Herbert Rubin
>HERZFELD & RUBIN, P.C.
>40 Wall Street
>New York, New York  10005
>
>*Attorneys for Plaintiff,*
>*Jericho Group, Ltd.*

Dated: New York, New York
       March 1, 2007

                               _____/ s / Todd R. Geremia_____
                                       Todd R. Geremia