UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JERICHO GROUP, LTD.,

                Plaintiff,

      -against-

MIDTOWN DEVELOPMENT, L.P., EDWARD
IMPERATORE and MAURICE STONE,

                Defendants.
-----------------------------------------------------------------X

No. 07-CV-1792 (RCC) (DCF)

ECF CASE

### RULE 7.1(a) DISCLOSURE STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1(a), plaintiff states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated:  New York, New York
          March 30, 2007

                                                Respectfully submitted,

                                                HERZFELD & RUBIN, P.C.

                                                By: /s/ Herbert Rubin
                                                   Herbert Rubin (HR8484)
                                                Attorney for Plaintiff
                                                40 Wall Street
                                                New York, New York 10005
                                                (212) 471-8500

## CERTIFICATE OF SERVICE

I certify that on March 30, 2007, I caused the foregoing RULE 7.1 (a) DISCLOSURE STATEMENT to be served by hand delivery to the office of counsel for defendants, addressed to:

>Todd R. Geremia, Esq.
>Jones Day
>222 East 41st Street
>New York, New York 10017
>
>Attorneys for Defendants

Dated:   New York, New York
         March 30, 2007

/s/ Charles A. Crum
Charles A. Crum (CC9919)