UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
JERICHO GROUP, LTD.,

        Plaintiff,

- against -                  No. 07-CV-1792 (RCC) (DCF)

MIDTOWN DEVELOPMENT, L.P., EDWARD    ECF CASE
IMPERATORE and MAURICE STONE,

        Defendants.
------------------------------------------------X

## DECLARATION OF MAURICE STONE

I, MAURICE STONE, declare as follows:

1. I am a defendant in the above-captioned case.

2. I am a citizen of the United States of America.

3. My domicile is in the State of New Jersey, and my home address is 114 Avondale Road, Ridgewood, New Jersey. That was also my home address for all of February and March of 2007. For all of February and March of 2007, I intended, and still intend now, for my domicile to remain in the State of New Jersey.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on April 4, 2007.

                                                      _____
                                                      MAURICE STONE