UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JERICHO GROUP, LTD.,

        Plaintiff,

    - against -

MIDTOWN DEVELOPMENT, L.P., EDWARD
IMPERATORE and MAURICE STONE,

        Defendants.
----------------------------------------------------------------X

No. 07-CV-1792 (RCC) (DCF)

ECF CASE

## DECLARATION OF ARTHUR IMPERATORE, JR.

I, ARTHUR E. IMPERATORE, JR., declare as follows:

1. I am a citizen of the United States of America.

2. My domicile is in the State of New Jersey, and my home address is 223 Glenwood Road, Englewood, New Jersey. That was also my home address for all of February and March of 2007. For all of February and March of 2007, and still now, I intend for my domicile to remain in the State of New Jersey.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on April _10_, 2007.

_____
ARTHUR E. IMPERATORE, JR.