UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JERICHO GROUP, LTD.,

                Plaintiff,

                - against -                              No. 07-CV-1792 (RCC) (DCF)

                                                   ECF CASE
MIDTOWN DEVELOPMENT, L.P., EDWARD
IMPERATORE and MAURICE STONE,

                Defendants.
-----------------------------------------------------------X

## DECLARATION OF RENEE ROSS

I, RENEE ROSS, declare as follows:

1.     I am a citizen of the United States of America.

2.     My domicile is in the State of Illinois, and my home address is 1240 North Lake Shore Drive, Number 29 A/B, Chicago, Illinois. That was also my home address for all of February and March of 2007. For all of February and March of 2007, I intended, and still intend now, for my domicile to remain in the State of Illinois.

3.     I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on April 11, 2007.

                                                                _____
                                                                RENEE ROSS