UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
JERICHO GROUP, LTD., :
:
Plaintiff, :
:
- against - : No. 07-CV-1792 (RCC) (DCF)
:
: ECF CASE
MIDTOWN DEVELOPMENT, L.P., EDWARD :
IMPERATORE and MAURICE STONE, :
:
Defendants. :
---------------------------------------------------------------X

### DECLARATION OF ILENE ROSS

I, ILENE ROSS, declare as follows:

1. I am a citizen of the United States of America.

2. My domicile is in the State of Illinois, and my home address is 2322 Winnetka Road, Northfield, Illinois. That was also my home address for all of February and March of 2007. For all of February and March of 2007, I intended, and still intend now, for my domicile to remain in the State of Illinois.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on April 9, 2007.

ILENE ROSS