UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JERICHO GROUP, LTD.,

          Plaintiff,

    - against -                                 No. 07-CV-1792 (RCC) (DCF)

                                                               ECF CASE
MIDTOWN DEVELOPMENT, L.P., EDWARD
IMPERATORE and MAURICE STONE,

          Defendants.
------------------------------------------------------------X

## DECLARATION OF NANCI ROSS AGOSTINI

I, NANCI ROSS AGOSTINI, declare as follows:

1.     I am a citizen of the United States of America.

2.     My domicile is in the State of Illinois, and my home address is 2250 Bracken Lane, Northfield, Illinois. That was also my home address for all of February and March of 2007. For all of February and March of 2007, I intended, and still intend now, for my domicile to remain in the State of Illinois.

3.     I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on April 9, 2007.

_____
NANCI ROSS AGOSTINI