UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JERICHO GROUP, LTD.,

           Plaintiff,

    - against -                         No. 07-CV-1792 (RCC) (DCF)

MIDTOWN DEVELOPMENT, L.P., EDWARD    ECF CASE
IMPERATORE and MAURICE STONE,

           Defendants.
------------------------------------------------------------X

### DECLARATION OF WILLIAM ROSS

I, WILLIAM ROSS, declare as follows:

1. I am a citizen of the United States of America.

2. My domicile is in the State of Florida, and my home address is 27231 Liriope Court, Wesley Chapel, Florida. That was also my home address for all of February and March of 2007. For all of February and March of 2007, I intended, and still intend now, for my domicile to remain in the State of Florida.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on April 6, 2007.

                                                            /s/ William Ross
                                                            WILLIAM ROSS