UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
JERICHO GROUP, LTD.,

             Plaintiff,

- against -                  No. 07-CV-1792 (RCC) (DCF)

                                               ECF CASE
MIDTOWN DEVELOPMENT, L.P., EDWARD
IMPERATORE and MAURICE STONE,

             Defendants.
---------------------------------------------------------X

## DECLARATION OF SUSAN WEXLER MAZZONI

I, SUSAN WEXLER MAZZONI, declare as follows:

1. I am a citizen of the United States of America.

2. I am the sole trustee of the Jerrold Wexler Revocable Trust dated January 29, 1992. I have the power to hold, manage, and dispose of assets for the benefit of the beneficiaries of the Jerrold Wexler Revocable Trust dated January 29, 1992.

3. My domicile is in the State of Illinois, and my home address is 55 West Delaware Place, Unit 1120, Chicago, Illinois. That was also my home address for all of February and March of 2007. For all of February and March of 2007, I intended, and still intend now, for my domicile to remain in the State of Illinois.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on April 5, 2007.

                                                                     /s/ Susan W. Mazzoni
                                                                     SUSAN WEXLER MAZZONI