UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JERICHO GROUP, LTD.,

                Plaintiff,

     - against -                            No. 07-CV-1792 (RCC) (DCF)

                                                  ECF CASE
MIDTOWN DEVELOPMENT, L.P., EDWARD
IMPERATORE and MAURICE STONE,

                Defendants.
-------------------------------------------------------------------X

## DECLARATION OF TANYA WEXLER

I, TANYA WEXLER, declare as follows:

1. I am a citizen of the United States of America.

2. I was the sole beneficiary of the Tanya Wexler Trust Number 18, which terminated in 1997. All of the interests of the Tanya Wexler Trust Number 18 were assigned to me upon termination of the trust.

3. My domicile is in the State of New York, and my home address is 83 Jane Street, New York, New York. That was also my home address for all of February and March of 2007. For all of February and March of 2007, I intended, and still intend now, for my domicile to remain in the State of New York.

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on April 9, 2007.

                                                                          TANYA WEXLER