UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

JERICHO GROUP, LTD.,
           Plaintiff,

      - against -

MIDTOWN DEVELOPMENT, L.P., EDWARD
IMPERATORE and MAURICE STONE,

           Defendants.
————————————————————————X

No. 07-CV-1792 (RCC) (DCF)

ECF CASE

## DECLARATION OF JEFFREY WOLFSON

I, JEFFREY WOLFSON, declare as follows:

1.     I am a citizen of the United States of America.

2.     My domicile is in the State of Michigan, and my home address is 7923 Loral Pine Drive, Ada, Michigan. That was also my home address for all of February and March of 2007. For all of February and March of 2007, I intended, and still intend now, for my domicile to remain in the State of Michigan.

3.     I am a member of Javid LLC, an Illinois limited liability corporation. The only other member of Javid LLC is David Kipnis.

4.     I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on April 6, 2007.

_____
JEFFREY WOLFSON