UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JERICHO GROUP, LTD.,

          Plaintiff,

    - against -                                  No. 07-CV-1792 (RCC) (DCF)

MIDTOWN DEVELOPMENT, L.P., EDWARD        ECF CASE
IMPERATORE and MAURICE STONE,

          Defendants.
-----------------------------------------------------------------X

## DECLARATION OF ANNA GARBER

I, ANNA GARBER, declare as follows:

1.    I am a citizen of the United States of America.

2.    My domicile is in the State of Massachusetts, and my home address is 37 Clyde Street, Newton, Massachusetts. That was also my home address for all of February and March of 2007. For all of February and March of 2007, I intended, and still intend now, for my domicile to remain in the State of Massachusetts.

3.    I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on April 8, 2007.

                                                      _/s/ Anna Garber_
                                                      ANNA GARBER