UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JERICHO GROUP, LTD.,　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　- against -　　　　　　　　　: No. 07-CV-1792 (RCC) (DCF)
　　　　　　　　　　　　　　　　　　　:
MIDTOWN DEVELOPMENT, L.P., EDWARD　　: ECF CASE
IMPERATORE and MAURICE STONE,　　　　:
　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　　　　　　:
-------------------------------------------------------X

### DECLARATION OF KATE COLEMAN

I, KATE COLEMAN, declare as follows:

1. I am a citizen of the United States of America.

2. My domicile is in the State of Illinois, and my home address is 1410 North State Parkway, Apartment 9B, Chicago, Illinois. That was also my home address for all of February and March of 2007. For all of February and March of 2007, I intended, and still intend now, for my domicile to remain in the State of Illinois.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on April 9, 2007.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KATE COLEMAN