UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JERICHO GROUP, LTD.,

        Plaintiff,

- against -            No. 07-CV-1792 (RCC) (DCF)

         ECF CASE
MIDTOWN DEVELOPMENT, L.P., EDWARD
IMPERATORE and MAURICE STONE,

        Defendants.
------------------------------------------------------------X

### DECLARATION OF JACK MARKIN

I, JACK MARKIN, declare as follows:

1. I am a citizen of the United States of America.

2. My domicile is in the State of Wisconsin, and my home address is 1181 Savannah Road, Mount Horeb, Wisconsin. That was also my home address for all of February and March of 2007. For all of February and March of 2007, I intended, and still intend now, for my domicile to remain in the State of Wisconsin.

3. I declare under penalty of perjury that the foregoing is true and correct.

Executed within the United States on April 6, 2007.

                                                                        JACK MARKIN