UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JERICHO GROUP, LTD.,

                 Plaintiff,

                - against -                            No. 07-CV-1792 (RCC) (DCF)

                                                          ECF CASE
MIDTOWN DEVELOPMENT, L.P., EDWARD
IMPERATORE and MAURICE STONE,

                 Defendants.
------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

        On April 13, 2007, DEFENDANTS' MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND, DECLARATION OF TODD R. GEREMIA, DECLARATION OF EDWARD IMPERATORE, DECLARATION OF MAURICE STONE, DECLARATION OF ARTHUR E. IMPERATORE, SR., DECLARATION OF ARMAND POHAN, DECLARATION OF INDIA IMPERATORE, DECLARATION OF ARTHUR IMPERATORE, JR., DECLARATION OF EDWARD W. ROSS, DECLARATION OF MARTIN F. HAUSELMAN, DECLARATION OF RENEE ROSS, DECLARATION OF ILENE ROSS, DECLARATION OF NANCI ROSS AGOSTINI, DECLARATION OF WILLIAM ROSS, DECLARATION OF SUSAN WEXLER MAZZONI, DECLARATION OF GREGORY CIOKAJLO, DECLARATION OF TANYA WEXLER, DECLARATION OF DAVID KIPNIS, DECLARATION OF JEFFREY WOLFSON, DECLARATION OF ANNA GARBER, DECLARATION OF KATE COLEMAN, DECLARATION OF JACK MARKIN were served on the following counsel for plaintiff through the Court's CM/ECF system:

        Charles A. Crum
        HERZFELD & RUBIN, P.C.
        40 Wall Street
        New York, New York  10005

        *Attorneys for Plaintiff,*
        *Jericho Group, Ltd.*

Dated:  New York, New York
       April 13, 2007

                      _____/ s / *Todd R. Geremia*___
                           Todd R. Geremia