```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

JERICHO GROUP, LTD.,

        Plaintiff,

    -against-

MIDTOWN DEVELOPMENT, L.P. EDWARD
IMPERATORE and MAURICE STONE,

        Defendants.

----------------------------------------x

07 Civ. 1792 (CM)(DCF)

### ORDER PLACING CASE ON SUSPENSE CALENDAR PENDING DECISION OF THE APPELLATE DIVISION: FIRST DEPARTMENT

McMahon, J.:

    The parties are directed to advise the court as soon as the Appellate Division: First Department has ruled on the pending appeal. When that decision comes down, this court will deal with the application to remand the instant case to the New York State Supreme Court. There seems little point in dealing with the matter until the Appellate Division has ruled.

Dated: July 16, 2007

                                              _____
                                              U.S.D.J.