UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————x

JERICHO GROUP, LTD.,

    Plaintiff,

-against-                            07 Civ. 1792 (CM)(DCF)

MIDTOWN DEVELOPMENT L.P. et al.,

    Defendants.

———————————————————————x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/08

### ORDER REMANDING CASE TO THE NEW YORK STATE SUPREME COURT, NEW YORK COUNTY

McMahon, J.:

    It appears from the record that there is not complete diversity between the parties to this lawsuit, in that one Tanya Wexler, who is domiciled in New York, has become (by right of succession through the Tanya Wexler Trust Number 18) a limited partner in WR West Side Associates, a limited partnership that is general partner of Jerrat Venture, a general partnership that is the general partner of defendant Midtown Development L.P. The plaintiff is also a citizen of New York.

    Furthermore, the original notice of removal is defective, in that it did not correctly describe the citizenship of the defendants.

    Therefore, on motion of plaintiff, this action is remanded to the New York State Supreme Court. The Clerk of the Court is directed to send the file back across the street, and to close this case.

Dated: January 17, 2008

                                                              _____
                                                                   U.S.D.J.

BY ECF TO ALL COUNSEL