UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JERICHO GROUP, LTD.

                Plaintiff,

                                                  No. 07-CV-1792 (RCC) (DCF)

-against-

MIDTOWN DEVELOPMENT, L.P., EDWARD
IMPERATORE and MAURICE STONE.

                Defendants.

------------------------------------------------------------X

## NOTICE OF APPEARENCE

**PLEASE TAKE NOTICE**, that Goldberg, & Rimberg, Counselors at Law PLLC enters its appearance on behalf of JERICHO GROUP, LTD, in the above captioned case and gives notice Goldberg, & Rimberg, Counselors at Law PLLC will be the designated representative on which service may be made.

    Dated: New York, New York
            April 3, 2008

                                                  GOLDBERG, & RIMBERG,
                                                  COUNSELORS AT LAW PLLC

                                                  _____
                                                  Robert L. Rimberg, ESQ.
                                                  115 Broadway, 3rd Floor
                                                  New York, New York 10006
                                                  (212) 697-3250